BARBARA PAGE v. WILLIAM WENTING TAO

No. 255A82

(Filed 5 October 1982)

APPEAL as of right pursuant to G.S. 7A-30(2) from a decision of a divided panel of the Court of Appeals which reversed the trial court's order granting the defendant's motion for judgment notwithstanding the verdict and remanding the case for entry of judgment on the jury verdict for the plaintiff and against the defendant. The opinion of the Court of Appeals, reported at 56 N.C. App. 488, 289 S.E. 2d 910 (1982), is by *Judge Becton* with *Judge Hill* concurring and *Judge Hedrick* concurring in part and dissenting in part.

*Coleman, Bernholz, Dickerson, Bernholz, Gledhill & Hargrave, by Alonzo B. Coleman, Jr. and Douglas Hargrave, for plaintiff appellee.*

*Newsome, Graham, Hedrick, Murray, Bryson & Kennon, by E. C. Bryson, Jr. and Lewis A. Cheek, for defendant appellant.*

PER CURIAM.

The facts are fully and accurately stated in the opinion of the Court of Appeals. For the reasons given in that opinion, the decision of the Court of Appeals is

Affirmed.